IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR326 |
| vs. | |
| RANDALL J. THOMPSON, | ORDER |
| Defendant. | |

This matter is before the court on defendant's UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS [29].  The record shows that this deadline expired on August 30, 2013.  The court finds that the defendant has not shown good cause for extending the deadline.

    IT IS ORDERED:

    Defendant's UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS [29] is denied.

    Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Tuesday, September 10, 2013.

    Dated this 3rd day of September, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge